FILED

U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 1 2 2005

DAVID J. MALAND, CLERK
BY
DEPUTY _____

# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:98cr68 |
| | § | (Judge Brown) |
| FIDEL ROBERTO VASQUEZ | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED** and Defendant is sentenced to a term of imprisonment of eighteen (18) months, to be served consecutively to any sentence Defendant is currently serving, with no supervision to follow.

**SIGNED** this _11_ day of _May_, 2005.

PAUL BROWN
UNITED STATES DISTRICT JUDGE

1